Home | Letters to the Editor

# Proud of our work in The Villages

November 11, 2020   Letters to the Editor

To the Editor:

The Villages is a vast growing community and I enjoy seeing our work come to life. Here at Clymer Farner Barley we strive to be the best engineering company in the country.

With a client like The Villages, who is the largest developer in the country, it is not difficult to achieve. The Villages has several engineering companies working for them but CFB is the leading company. We lead and manage all the engineering companies. I lead the utility design and development for CFB and the Villages. I am proud of my accomplishments and leading a team of engineers.

Lee Clymer, the owner of CFB, has shown me the way and helped develop my skills. CFB is the Villages' engineer and without us could not have achieved the level they are currently at. Lee himself has mentioned that many times to me and the employees at CFB. One quote I remember, "I cannot always be considered Mark Morse." Meaning that others within the Villages' leadership are not following the words of Mark Morse. IV Chandler, the Director of Development for The Villages, agrees with CFB and Lee. Those two will continue to lead the Villages into the future

**EXHIBIT "A"**

and I am excited about the future. I have attached a copy of a map I am responsible for producing and managing.



Bruce Balsinde
Project Manager
Clymer Farner Barley Inc.