## AFFIDAVIT

STATE OF FLORIDA
COUNTY OF SUMTER

Before me, the undersigned authority, personally appeared Bruce Balsinde, who deposes and says:

1. My name is Bruce Balsinde. I am over the age of 18, and I have personal knowledge of the matters contained in this affidavit.

2. Since January 8, 2014, I have been employed by Clymer Farner Barley, Inc., previously known as Farner, Barley and Associates, Inc. ("CFB"), working in the engineering department in the firm's office located at 4450 NE 83rd Road, Wildwood, Florida 34785. I am a licensed professional engineer. I am the lead utility engineer for the firm and I work as a project manager for CFB.

3. Attached to this affidavit is a copy of a letter to the editor that was published in Villages-News.com on November 11, 2020. Included with the letter is a copy of a map prepared by CFB for Holding Company of The Villages, Inc. and its affiliated companies ("The Villages Companies"), our firm's primary client. The map was prepared under my supervision as part of my duties as lead utility engineer at CFB, although I did not personally prepare the map. My name and title for CFB appear at the end of the letter immediately following the map.

4. I vehemently deny any responsibility for or involvement with the letter attached to this Affidavit. I did not prepare the letter, I did not send the letter to Villages-News.com, and I do not have any information as to the person who took those actions. I did not send or disclose the map included with the letter, or any other confidential/proprietary information of CFB or The Villages Companies, to anyone outside of our firm or The Villages Companies. The letter and map were not sent to Villages-News.com, or to anyone else outside of CFB or our client, at my direction or with my knowledge, authorization, or consent. The publication of the letter and map in Villages-News.com came as a complete surprise to me.

5. On November 7, 2020, a comment was posted in Villages-News.com under the screen name "Bruce Balsinde" in response to an article from November 6, 2020 entitled "Sumter County to Pay Nearly $50 Million for Regional Roads in Villages of Southern Oaks." I did not post the comment that appears with my name, and I did not authorize anyone to post that comment. I do not have any information as to the person who posted the comment and falsely attached my name to it.

6. I have signed a document in favor of CFB entitled "Acknowledgment of Confidentiality and Nondisclosure Obligations" (the "Acknowledgement Agreement") in which I

**EXHIBIT "B"**

acknowledged and agreed to comply with all of the obligations of CFB with respect to protection of Confidential Information as set forth in a Confidentiality and Assignment Agreement from CFB in favor of Holding Company of The Villages, Inc. (the "Confidentiality Agreement"). I have not violated any of the terms of the Acknowledgement Agreement or the Confidentiality Agreement.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and the facts stated in it are true.

Further Affiant Sayeth Not.

Bruce Balsinde

The foregoing instrument was sworn to and subscribed before me by means of ☒ physical presence or ☐ online notarization, this __1__ day of __February__, 2021, by **Bruce Balsinde** ☒ who is personally known to me or ☐ who has produced _____ _____ for identification.

Karen R. Morrison
Notary Public

(SEAL)

My Commission Expires: 10/21/2024



KAREN R. MORRISON
Commission # HH 031805
Expires October 21, 2024
Bonded Thru Troy Fain Insurance 800-385-7019

Home | Letters to the Editor

# Proud of our work in The Villages

November 11, 2020  **Letters to the Editor**

To the Editor:

The Villages is a vast growing community and I enjoy seeing our work come to life. Here at Clymer Farner Barley we strive to be the best engineering company in the country.
With a client like The Villages, who is the largest developer in the country, it is not difficult to achieve. The Villages has several engineering companies working for them but CFB is the leading company. We lead and manage all the engineering companies. I lead the utility design and development for CFB and the Villages. I am proud of my accomplishments and leading a team of engineers.
Lee Clymer, the owner of CFB, has shown me the way and helped develop my skills. CFB is the Villages' engineer and without us could not have achieved the level they are currently at. Lee himself has mentioned that many times to me and the employees at CFB. One quote I remember, "I cannot always be considered Mark Morse." Meaning that others within the Villages' leadership are not following the words of Mark Morse. IV Chandler, the Director of Development for The Villages, agrees with CFB and Lee. Those two will continue to lead the Villages into the future

and I am excited about the future. I have attached a copy of a map I am responsible for producing and managing.



Bruce Balsinde
Project Manager
Clymer Farner Barley Inc.