UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CLYMER FARNER BARLEY, INC.,**

    **Plaintiff,**

v.                                        Case No: 5:21-cv-312-RBD-PRL

**JOHN DOE 1-10,**

    **Defendant.**

_____

**ORDER**

This case is before the Court for consideration of Plaintiff Clymer Farner Barley, Inc.'s unopposed motion to withdraw its subpoena directed towards Florida Panther Media LLC d/b/a Villages-News.com without prejudice. (Doc. 14). Plaintiff recites that it has obtained documents that it believes will independently lead to the information sought in the subpoena, therefore it does not require enforcement of the subpoena directed to the Villages-News.com.

Accordingly, Plaintiff's unopposed motion to withdraw its subpoena without prejudice (Doc. 14) is GRANTED, and the Villages-News's Motion to Quash the subpoena (Doc. 11) is DENIED as moot.

**DONE** and **ORDERED** in Ocala, Florida on September 7, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties