UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CLYMER FARNER BARLEY, INC.,**

    **Plaintiff,**

v.                                          Case No: 5:21-cv-312-RBD-PRL

**JOHN DOE 1-10,**

    **Defendant.**

## ORDER

This case pursuant to the federal Defend Trade Secrets Act and the Computer Fraud and Abuse Act is before the Court for consideration of Plaintiff Clymer Farner Barley, Inc.'s motion to seal (Doc. 18). Plaintiff requests leave to file a motion for expedited discovery under seal and recites that filing the motion under seal is necessary to endure that responsive documents are preserved. Plaintiff further requests that the motion remain sealed until the earlier of either: (a) 10 days after the Court's Order; or (b) Plaintiff's Service of the Proposed Subpoena.

Upon due consideration, and pursuant to Local Rule 1.1, Plaintiff's motion to seal (Doc. 18) is GRANTED, and Plaintiff shall be permitted to file its motion for expedited discovery under seal. The motion shall remain sealed until the earlier of either (a) 10 days after the Court's Order, or (b) Plaintiff's Service of the Proposed Subpoena. By written notice, Plaintiff shall notify the Court when the conditions for unsealing the motion are met, at which time the Clerk will file the motion and any accompanying documents on the public docket.

**DONE** and **ORDERED** in Ocala, Florida on October 18, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties